Citation Nr: 1829878 
Decision Date: 09/17/18 Archive Date: 09/24/18

DOCKET NO. 17-25 457 ) DATE
 )
 )

On appeal from the
Department of Veterans Affairs Regional Office in Phoenix, Arizona


THE ISSUES

Entitlement to service connection for squamous cell carcinoma.

REPRESENTATION

Veteran represented by: Arizona Department of Veterans Services


ATTORNEY FOR THE BOARD

A. Gibson








INTRODUCTION

The Veteran served on active duty from January 1961 to July 1961. He passed away in July 2018.

This appeal to the Board of Veterans' Appeals is from a January 2015 decision of the Department of Veterans Affairs Regional Office in Phoenix, Arizona.


FINDING OF FACT

The Veteran passed away in July 2018.


CONCLUSION OF LAW

Due to the death of the appellant, the Board has no jurisdiction to adjudicate the merits of this appeal at this time. 38 U.S.C. § 7104(a); 38 C.F.R. § 20.1302. 


REASONS AND BASES FOR FINDING AND CONCLUSION

Unfortunately, as mentioned, the Veteran died during the pendency of his appeal. As a matter of law, veterans' claims do not survive their deaths. Zevalkink v. Brown, 102 F.3d 1236, 1243-44 (Fed. Cir. 1996); Smith v. Brown, 10 Vet. App. 330, 333-34 (1997); Landicho v. Brown, 7 Vet. App. 42, 47 (1994). This appeal has become moot by the death of the Veteran and must be dismissed for lack of jurisdiction. See 38 U.S.C. § 7104(a); 38 C.F.R. § 20.1302.

In reaching this determination, the Board intimates no opinion as to the merits of this appeal or to any derivative claim brought by a survivor of the Veteran. 
38 C.F.R. § 20.1106.

The Board's dismissal of this appeal does not affect the right of an eligible person to file a request to be substituted as the appellant for purposes of processing the claim to completion. Such request must be filed not later than one year after the date of the Veteran's death. 38 U.S.C. § 5121A; 38 C.F.R. § 3.1010(b). A person eligible for substitution will include "a living person who would be eligible to receive accrued benefits due to the claimant under section 5121(a) of this title...." 38 U.S.C. § 5121A; 38 C.F.R. § 3.1010(a). An eligible party seeking substitution in an appeal that has been dismissed by the Board due to the death of the claimant should file a request for substitution with the VA office from which the claim originated (listed on the first page of this decision). 38 C.F.R. § 3.1010(b). 


ORDER

The claim of entitlement to service connection for squamous cell carcinoma is dismissed.




 
DELYVONNE M. WHITEHEAD
 Acting Veterans Law Judge, Board of Veterans' Appeals

Department of Veterans Affairs